

# Fourth Court of Appeals
## San Antonio, Texas

September 25, 2020

No. 04-20-00384-CV

**ROYAL EXPRESS, INC.**,
Appellant

v.

Martin **ALONSO** and Philip A. Meyer, Court Appointed Receiver,
Appellees

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2019CVK001219D2
Honorable Monica Z. Notzon, Judge Presiding

## O R D E R

Appellant's motion for extension of time is GRANTED. Appellant's brief is due November 12, 2020.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of September, 2020.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court